# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JUDITH MCCOY,

    Plaintiff,                                                        Case No. 3:17-cv-240

    vs.

COMMISSIONER OF                                  District Judge Thomas M. Rose
SOCIAL SECURITY,                                Magistrate Judge Michael J. Newman

    Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

       The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #26), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

       Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. #26) is **ADOPTED** in full;

2. The Commissioner's non-disability determination is **AFFIRMED**;

3. This case is terminated on the docket of this Court.


Date: November 29, 2018                                           *s/Thomas M. Rose
                                                                               THOMAS M. ROSE
                                                         UNITED STATES DISTRICT JUDGE